# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| MD41 | E2338455 | NGUYEN | 1830 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged  ☐ CFR  ☑ USC  ☐ State Code | |
|---|---|---|
| 09/28/2025  1758 | 18 USC SEC 13 | 13-401.(b1) |

**Place of Offense:** EMORY RD at COMFY. LEVY

**Offense Description: Factual Basis for Charge**  HAZMAT ☐
"OPERATING UNREGISTERED MOTOR VEHICLE.

### DEFENDANT INFORMATION
- Last Name: ROSENBERG
- First Name: DAVID
- MI: T

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| BXIT65 | CO | 2016 | TOYT/PRIUS | | SIL |

**APPEARANCE IS REQUIRED**
A ☐ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☑ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 290   Forfeiture Amount
+ $30 Processing Fee
$ 320  Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

X Defendant Signature: [signed]

Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **Sep 28**, 20**25** while exercising my duties as a law enforcement officer in the **Northern** District of **FGGM**

On Sep 28, 2025 at approximately 1758 hours, while I was patrolling on the campus, I observed a silver Toyota Prius bearing CO tag BXIT65 traveling eastbound on Emory Rd displaying expired tag (07/2024). I requested NCIC check on the vehicle thru NSAP Dispatch. NCIC check revealed the vehicle's registration was expired on 07/31/25 and effective date is 04/13/2025. Per Colorado DMV, if the vehicle's registration expires more than a year and the vehicle becomes unregistered and to renew, you have to go thru entire process like inspection, emission check. Driver advised he didn't do the inspection yet. The vehicle registration status became unregistered at the time of the stop.

The foregoing statement is based upon:
☑ my personal observation   ☑ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **09/28/2025**   Officer's Signature: Nn

Probable cause has been stated for the issuance of a warrant.

Executed on: _____  U.S. Magistrate Judge

HAZMAT = Hazardous material Involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident